**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Willie J. Riley, Appellant,

v.

Dennis Wayne Catoe, Respondent.

Appellate Case No. 2015-001627

———————

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court Judge,
Tanya A. Gee, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-322
Submitted June 1, 2017 – Filed August 2, 2017

———————

**AFFIRMED**

———————

Willie J. Riley, of Columbia, pro se.

Leslie A. Cotter, Jr., and Carmen Vaughn Ganjehsani, both of Richardson Plowden & Robinson, PA, of Columbia, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *First Sav. Bank v. McLean*, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (stating the failure to provide arguments or supporting authority for an issue on appeal is deemed an abandonment of the issue); *Rouvet v. Rouvet*, 388 S.C. 301,

310, 696 S.E.2d 204, 208 (Ct. App. 2010) ("[L]ack of familiarity with legal proceedings is not an acceptable excuse and the court will hold a layman to the same standard as an attorney.").

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.